United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 21, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10468
Summary Calendar

_____

JIMMIE L. CANTRELL

                              Plaintiff-Appellant

    v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY

                              Defendant-Appellee

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:02-CV-00496-Y
--------------------

Before KING, Chief Judge, and HIGGINBOTHAM and WIENER, Circuit
Judges.

PER CURIAM:[*]

     Jimmie L. Cantrell appeals from the district court's

judgment affirming the Commissioner of Social Security's denial

of disability benefits.  She argues that the Administrative Law

Judge ("ALJ") erroneously failed to accord great weight to the

opinions of her treating psychiatrist and improperly relied on

the opinion of the medical expert.  We conclude that the ALJ

applied the correct legal standard and the decision was supported

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

by substantial evidence.  See Newton v. Apfel, 209 F.3d 448,
455-56 (5th Cir. 2000); Greenspan v. Shalala, 38 F.3d 232, 237
(5th Cir. 1994).

AFFIRMED.